In the Matter of the Application of ROSEMARY CROSS, Appellant. ILSE KILIANI, Respondent.

Argued May 16, 1949; decided May 26, 1949.

*J. Robert Bleakley* for motion to dismiss appeal and in opposition to motion for order amending notice of appeal.

*Arthur G. Warren* for motion for order amending notice of appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.

Motion for order amending notice of appeal denied.